UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| DIANE S. PARTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:10-CV-202 |
| v. ) | |
| ) | Chief Judge Curtis L. Collier |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On July 29, 2010, Plaintiff Diane S. Parton ("Plaintiff") commenced this action and filed a motion for leave to proceed in forma pauperis (Court File No. 1). On August 2, 2010, United States Magistrate Judge Susan K. Lee filed a report and recommendation ("R&R"), recommending the Court deny Plaintiff's motion (Court File No. 3). Typically, when an R&R is filed, the parties are given fourteen days to file an objection before the Court will consider the magistrate judge's recommendation. *See* Fed. R. Civ. P. 72(b). However, on August 3, 2010, Plaintiff chose to pay the filing fee necessary in this case. The Court construes this action as either an indication of Plaintiff's intent to withdraw her motion to proceed in forma pauperis or, at the very least, an indication Plaintiff has no objection to the magistrate judge's R&R.

Accordingly, having reviewed the record and the applicable law, the Court **ACCEPTS** and **ADOPTS** the R&R (Court File No. 3) and **DENIES** Plaintiff's motion to proceed in forma pauperis (Court File No. 1).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**